STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: John_Reichmuth@fd.org

Counsel for Defendant TENNANT

FILED

Feb 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIAH TENNANT,<br><br>Defendant. | Case No.: CR 20–70740 VKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS/DETENTION HEARING** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the DETENTION and STATUS on PRELIMINARY HEARING presently set for February 16, 2021 at 1:00 p.m. before Hon. Virgina K. Demarchi be CONTINUED until February 26, 2021 at 1:00 p.m.

The reason for this request is that Mr. Tennant is in quarantine and cannot appear. Furthermore additional time is needed to complete the New Bridge evaluation ordered by this Court.

The parties agree and stipulate that the time until February 26, 2021 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the parties jointly request that the court find good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The continuance is necessary to accommodate public health measures and an inpatient treatment evaluation.

DATED:   February 16, 2021              _____/S/_____
                                         JOHN PAUL REICHMUTH
                                         Assistant Federal Public Defender

DATED:   February 16, 2021              _____/S/_____

                                         MICHAEL RODRIGUEZ
                                         Assistant United States Attorney

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that for adequate preparation of the case by defense counsel and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from February 16, 2021 to February 26, 2021.

Furthermore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the setting of preliminary hearing for February 26, 2021 at 1:00 p.m., based on the parties' showing of good cause to waive time under Rule 5.1, from

February 16, 2021 to February 26, 2021, and finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b). Accordingly, IT IS HEREBY ORDERED THAT the waiver of time under Rule 5.1 is effective from February 16, 2021 to February 26, 2021.

IT IS SO ORDERED.

DATED: February 16, 2021

Hon. Virginia K. DeMarchi
United States Magistrate Judge